FIRST CONNECTICUT CAPITAL, LLC, ET AL. *v.* JOHN
J. DORAN ET AL.
(AC 30871)

Bishop, Beach and Borden, Js.

Argued April 20—officially released May 18, 2010

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting a new foreclosure
sale date.

HOUSEHOLD REALTY CORPORATION *v.*
CHRISTOPHER CIMMINO ET AL.
(AC 31259)

Bishop, Beach and West, Js.

Argued May 17—officially released June 8, 2010

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* NEMIAH ALLEN
(AC 31488)

DiPentima, C. J., and Bear and Pellegrino, Js.

Argued May 17—officially released June 8, 2010

Per Curiam. The judgment is affirmed.